```
          IN THE UNITED STATES DISTRICT COURT
       FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                    WESTERN DIVISION
```

UNITED STATES OF AMERICA

VS.                              CRIMINAL NO. 5:11-cr-7(DCB)(LGI)

DARIAN PIERCE                                           DEFENDANT

## ORDER

This cause is before the Court on the defendant Darian Pierce's letter filed October 8, 2020 [ECF No. 76], which the Court construes as a motion for copies. Without citation to any legal or factual support, the defendant asks for copies of his plea agreement and the docket sheet. It is well-established under Fifth Circuit precedent that a prisoner has no right to obtain copies of court records on the grounds of indigency, to look for possible defects, or for various other reasons. E.g., United States v. Stewart, 37 F.3d 630 (5th Cir. 1994); Bennett v. United States, 437 F.2d 1210, 1211 (5th Cir. 1971); Blackshear v. Ambriz, No. CIV.A.C-08-117, 2008 WL 2736885, at *1 (S.D. Tex. June 18, 2008).

Accordingly,

1

IT IS HEREBY ORDERED that the defendant's letter [ECF No. 76], which the Court construes as a motion to for copies, is DENIED.

SO ORDERED, this the 11th day of August 2021.

/s/ David Bramlette
UNITED STATES DISTRICT JUDGE